1132

No. 78–5824.   Silo v. Pennsylvania.   Sup. Ct. Pa.   Certiorari denied.

No. 78–5828.   Sharp v. United States District Court for the Southern District of Ohio et al.   C. A. 6th Cir. Certiorari denied.

No. 78–5832.   O'Neill et al. v. Walt Disney Productions. C. A. 9th Cir.   Certiorari denied.

No. 78–5866.   Askew v. United States.   C. A. 10th Cir. Certiorari denied.

No. 78–5867.   Jones v. United States.   C. A. 6th Cir. Certiorari denied.

No. 78–5874.   Schermerhorn v. United States.   C. A. 6th Cir.   Certiorari denied.

No. 78–5883.   Ledesma v. Coleman, U. S. Circuit Judge, et al.   C. A. 5th Cir.   Certiorari denied.

No. 78–5891.   Hackney v. United States.   Ct. App. D. C. Certiorari denied.

No. 78–5892.   Cline v. United States.   C. A. 8th Cir. Certiorari denied.

No. 78–5894.   Mann v. United States.   C. A. 2d Cir. Certiorari denied.

No. 78–5895.   Harris v. United States.   C. A. 5th Cir. Certiorari denied.

No. 78–5896.   Davis v. United States.   C. A. 7th Cir. Certiorari denied.

No. 78–5898.   Haddad v. United States.   C. A. 6th Cir. Certiorari denied.

No. 78–5900.   Heydon v. United States.   C. A. 7th Cir. Certiorari denied.